UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Dell's Maraschino Cherries Co., Inc.,　　　　　ORDER
　　　　Plaintiff,　　　　　　　　　　　　　　　　10-CV-03789 (ILG)(RER)


　　　　　　　　against-


**Shoreline Fruit Growers, Inc,**
　　　　Defendant.
-----------------------------------------------------------X

　　　　Upon consent of the parties, it is hereby ORDERED as follows:

1.　　No additional parties may be joined after November 15, 2010.

2.　　No amendment of the pleadings will be permitted after October 15, 2010.

3.　　Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: December 1, 2010.

4.　　The parties shall make required Rule 26(a)(2) disclosures with respect to:

　　(a)　　expert witnesses on or before January 15, 2011.

　　(b)　　rebuttal expert witnesses on or before February 15, 2011.

5.　　All discovery, including depositions of experts, shall be completed on or before May 1, 2011.

6.　　Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

7.　　A ~~Telephone~~ Conference set for __1/7/11 @ 10:30 am__, to be initiated by ~~Plaintiff~~ or Defendant (Circle one).
　　　　* (The Court will schedule the conference listed above.)

8.　　Status Conference will be held on __3/3/11 @ 10:00 am__
　　　　* (The Court will schedule the conference listed above)

9.　　A Final Pre-trial conference will be held on __5/4/11 @ 10:00 am__
　　　　*(The Court will schedule the conference listed above.)

10.　　This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       9/30    , 2010


CONSENTED TO:

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE


_____
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Fax: (212) 309-1875
sbernstein@hunton.com

*Attorney for the Plaintiff Dell's Maraschino Cherries Co., Inc.*


_____
Bruce Levinson
LAW OFFICES OF BRUCE LEVINSON, ESQ.
747 Third Avenue
New York, New York 10017-2803
Telephone: (212) 750-9898
Fax: (212) 750-2536
bruce.levinson@blevlaw.com

*Attorney for Defendant Shoreline Fruit Growers, Inc.*

2