

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

ROBERT A. RICH
DIRECT DIAL: 212-309-1132
EMAIL:   rrich2@hunton.com

February 9, 2011

FILE NO:  77408.2

**Via Facsimile Transmission (718-613-2125) AND ECF**

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Dell's Maraschino Cherries Co., Inc. v. Shoreline Fruit Growers, Inc.*
           Case No. 10-03789 (ILG) (RER)
           United States District Court, Eastern District of New York

Dear Judge Reyes:

This law firm is counsel to Dell's Maraschino Cherries Co., Inc. (the "Plaintiff") in the above-referenced case.  The purpose of this letter is to request that the status conference currently scheduled for February 10, 2011 at 10:00 a.m., in the above-referenced proceeding, be adjourned.

Counsel for the Plaintiff has recently been informed by counsel for Shoreline Fruit Growers, Inc. (the "Defendant") that Defendant's counsel is engaged in another matter during the scheduled time for the status conference and, therefore, will not be present at the status conference.  The parties have agreed in principal to a revised proposed scheduling order which adjourns the dates for the status conference and certain other discovery deadlines for approximately two months.  We anticipate filing the revised proposed scheduling order as soon as possible on the Court's docket.  The parties have made no previous requests for adjournment of the status conference.  Accordingly, we respectfully request that the Court grant the adjournment of the status conference and consider the proposed revised scheduling order once submitted.

If you have any questions, please do not hesitate to contact me at the above number.  Thank you in advance for your consideration.



Ramon E. Reyes, Jr.
United States Magistrate Judge
February 9, 2011
Page 2

Respectfully submitted,

Robert A. Rich

cc:   Bruce Levinson, Esq. (counsel for the Defendant)
      Gregory Brown, Esq. (counsel for the Defendant)
      Robert M. Tata, Esq. (counsel for the Plaintiff)
      (all via electronic mail)