

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

ROBERT A. RICH
DIRECT DIAL: 212-309-1132
EMAIL:   rrich2@hunton.com

February 11, 2011

FILE NO:  77408.2

<u>Via ECF</u>

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Dell's Maraschino Cherries Co., Inc. v. Shoreline Fruit Growers, Inc.*
             Case No. 10-03789 (ILG) (RER)
            <u>United States District Court, Eastern District of New York</u>

Dear Judge Reyes:

This law firm is counsel to Dell's Maraschino Cherries Co., Inc. (the "<u>Plaintiff</u>") in the above-referenced case.  The purpose of this letter is to request the entry of the revised scheduling order attached hereto (the "<u>Proposed Scheduling Order</u>") on consent from both parties.

On September 30, 2010, the Court entered an order [Docket No. 13] (the "<u>Original Scheduling Order</u>") which set forth certain deadlines for discovery and related status conferences.  On February 9, 2011, the undersigned submitted a letter (i) requesting the adjournment of a status conference that was previously scheduled for February 10, 2011, and (ii) advising the court that the parties had agreed in principle to a revised discovery schedule.  Also on February 9, 2011, the Court entered an order granting the adjournment of the status conference, and directing the parties to jointly file a revised scheduling order by no later than February 14, 2010.

In compliance with the Court's instructions, enclosed herewith for consideration is the Proposed Scheduling Order on which both parties to this action have indicated their consent.  If entered, the Proposed Scheduling Order would extend several of the deadlines set forth in the Original Scheduling Order by approximately two months.  Other than the adjournment of the status conference as indicated above, the parties have made no previous requests for the adjournment of discovery deadlines.  Accordingly, we respectfully request the entry of the Proposed Scheduling Order.



Ramon E. Reyes, Jr.
United States Magistrate Judge
February 11, 2011
Page 2


If you have any questions, please do not hesitate to contact me at the above number. Thank you in advance for your consideration.


Respectfully submitted,

Robert A. Rich

Enclosure

cc:   Bruce Levinson, Esq. (counsel for the Defendant)
      Gregory Brown, Esq. (counsel for the Defendant)
      Robert M. Tata, Esq. (counsel for the Plaintiff)
      (all via electronic mail)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Dell's Maraschino Cherries Co., Inc.,

       Plaintiff,

<u>ORDER</u>
10-CV-03789 (ILG)(RER)

-against-

**Shoreline Fruit Growers, Inc,**
       Defendant.
-----------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before March 18, 2011.

    (b) rebuttal expert witnesses on or before April 29, 2011.

2. All discovery, including depositions of experts, shall be completed on or before July 8, 2011.

3. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

4. Status Conference will be held on May 11, 2011 at 10:00 a.m. (prevailing Eastern Time)

5. A Final Pre-trial conference will be held on July 15, 2011 at 10:00 a.m. (prevailing Eastern Time)

Dated: Brooklyn, New York
       February __, 2011

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

/s/ Robert A. Rich
Bob M. Tata (admitted *pro hac vice*)
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Fax: (212) 309-1132
rrich2@hunton.com

*Attorneys for the Plaintiff Dell's Maraschino Cherries Co., Inc.*


/s/ Bruce Levinson
Bruce Levinson
LAW OFFICES OF BRUCE LEVINSON, ESQ.
747 Third Avenue
New York, New York 10017-2803
Telephone: (212) 750-9898
Fax: (212) 750-2536
bruce.levinson@blevlaw.com

*Attorney for Defendant Shoreline Fruit Growers, Inc.*

2